UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| YOGA BERRY CORPORATION d/b/a YOBE, a Florida Corporation | ) Civil Action ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 3:12-CV-165-J-32JBT |
| COCO MANGO, LLC. A Florida Limited Liability Company, | ) ) |
| Defendant, | ) |
| _____ | ) |

## DEFENDANT COCO MANGO, LLC'S ANSWER AND AFFIRMATIVE DEFENSES

COCO MANGO, LLC, by and through its undersigned counsel, hereby files this, its Answer and Affirmative Defenses and in support thereof states as follows:

1.      Each and every allegation of fault, legal responsibility and/or damage not specifically addressed in this Answer is hereby denied in its entirety.

2.      Each and every Paragraph and/or allegation in the Complaint which is not specifically addressed in this Answer is hereby denied in its entirety.

3.      Specifically as to Paragraph 1, the Defendant admits that jurisdiction is proper.  All other allegations contained within this paragraph are denied.

4.      Specifically as to Paragraph 2, the Defendant admits that venue is proper.  All other allegations contained within this paragraph are denied.

5.      Specifically as to Paragraph 3, the Defendant admits the allegations contained within this Paragraph.

6.      Specifically as to Paragraph 4, the Defendant admits that it is a Florida limited liability company, and that Clinton H. Andrews is a member of the limited liability company.  The Defendant further admits that Clinton Andrews is a citizen of the State of Florida.   All other allegations contained within this paragraph are denied.

7.      Specifically as to Paragraph 5, the Defendant asserts that it is without sufficient knowledge to form a belief as to the truth of the allegations contained therein and therefore must deny same and demand strict proof thereof.

8.      Specifically as to Paragraph 6, the Defendant denies the allegations contained therein.

9.      Specifically as to Paragraph 7, the Defendant denies the allegations contained therein.

10.      Specifically as to Paragraph 8, the Defendant denies the allegations contained therein.

11.      Specifically as to Paragraph 9, the Defendant admits that on March 17, 2011, Clinton Andrews filed the corporate filings of the Defendant with the Florida Department of State.  The Defendant further admits that it has opened a store in St. Augustine Beach, Florida.  The Defendant denies the remaining allegations contained within this Paragraph.

12.     Specifically as to Paragraph 10, the Defendant denies the allegations contained within this Paragraph.

13.     Specifically as to Paragraph 11, the Defendant denies the allegations contained within this Paragraph.

14.     Specifically as to Paragraph 12, the Defendant denies the allegations contained within this Paragraph.

15.     Specifically as to Paragraph 13, the Defendant hereby readopts its responses to those Paragraphs which have been re-alleged therein by the Plaintiff.

16.     Specifically as to Paragraph 14, the Defendant denies the allegations contained within this Paragraph.

17.     Specifically as to Paragraph 15, the Defendant denies the allegations contained within this Paragraph.

18.     Specifically as to Paragraph 16, the Defendant denies the allegations contained within this Paragraph.

19.     Specifically as to Paragraph 17, the Defendant denies the allegations contained within this Paragraph.

20.     Specifically as to Paragraph 18, the Defendant hereby readopts its responses to those Paragraphs which have been re-alleged therein by the Plaintiff.

21.     Specifically as to Paragraph 19, the Defendant denies the allegations contained within this Paragraph.

22.   Specifically as to Paragraph 20, the Defendant denies the allegations contained within this Paragraph.

23.   Specifically as to Paragraph 21, the Defendant denies the allegations contained within this Paragraph.

24.   Specifically as to Paragraph 22, the Defendant denies the allegations contained within this Paragraph.

25.   Specifically as to Paragraph 23, the Defendant hereby readopts its responses to those Paragraphs which have been re-alleged therein by the Plaintiff.

26.   Specifically as to Paragraph 24, the Defendant denies the allegations contained within this Paragraph.

27.   Specifically as to Paragraph 25, the Defendant denies the allegations contained within this Paragraph.

28.   Specifically as to Paragraph 26, the Defendant denies the allegations contained within this Paragraph.

29.   Specifically as to Paragraph 27, the Defendant denies the allegations contained within this Paragraph.

30.   Specifically as to Paragraph 28, the Defendant hereby readopts its responses to those Paragraphs which have been re-alleged therein by the Plaintiff.

31.   Specifically as to Paragraph 29, the Defendant denies the allegations contained within this Paragraph.

32.     Specifically as to Paragraph 30, the Defendant denies the allegations contained within this Paragraph.

33.     Specifically as to Paragraph 31, the Defendant denies the allegations contained within this Paragraph.

34.     Specifically as to Paragraph 32, the Defendant denies the allegations contained within this Paragraph.

35.     Specifically as to Paragraph 33, the Defendant hereby readopts its responses to those Paragraphs which have been re-alleged therein by the Plaintiff.

36.     Specifically as to Paragraph 34, the Defendant denies the allegations contained within this Paragraph.

37.     Specifically as to Paragraph 35, the Defendant denies the allegations contained within this Paragraph.

38.     Specifically as to Paragraph 36, the Defendant denies the allegations contained within this Paragraph.

39.     Specifically as to Paragraph 37, the Defendant denies the allegations contained within this Paragraph.

40.     Specifically as to Paragraph 38, the Defendant hereby readopts its responses to those Paragraphs which have been re-alleged therein by the Plaintiff.

41.     Specifically as to Paragraph 39, the Defendant denies the allegations contained within this Paragraph.

42.     Specifically as to Paragraph 40, the Defendant denies the allegations contained within this Paragraph.

43.     Specifically as to Paragraph 41, the Defendant denies the allegations contained within this Paragraph.

44.     Specifically as to Paragraph 42, the Defendant denies the allegations contained within this Paragraph.

45.     Specifically as to Paragraph 43, the Defendant hereby readopts its responses to those Paragraphs which have been re-alleged therein by the Plaintiff.

46.     Specifically as to Paragraph 44, the Defendant denies the allegations contained within this Paragraph.

47.     Specifically as to Paragraph 45, the Defendant denies the allegations contained within this Paragraph.

48.     Specifically as to Paragraph 46, the Defendant denies the allegations contained within this Paragraph.

49.     Specifically as to Paragraph 47, the Defendant denies the allegations contained within this Paragraph.

50.     Specifically as to Paragraph 48, the Defendant hereby readopts its responses to those Paragraphs which have been re-alleged therein by the Plaintiff.

51.     Specifically as to Paragraph 49, the Defendant denies the allegations contained within this Paragraph.

52.     Specifically as to Paragraph 50, the Defendant denies the allegations contained within this Paragraph.

53.     Specifically as to Paragraph 51, the Defendant denies the allegations contained within this Paragraph.

54.     Specifically as to Paragraph 52, the Defendant denies the allegations contained within this Paragraph.

55.     Specifically as to Paragraph 53, the Defendant hereby readopts its responses to those Paragraphs which have been re-alleged therein by the Plaintiff.

56.     Specifically as to Paragraph 54, the Defendant denies the allegations contained within this Paragraph.

57.     Specifically as to Paragraph 55, the Defendant denies the allegations contained within this Paragraph.

58.     Specifically as to Paragraph 56, the Defendant denies the allegations contained within this Paragraph.

59.     Specifically as to Paragraph 57, the Defendant denies the allegations contained within this Paragraph.

## AFFRIMATIVE DEFENSES

1.     By and for its First Affirmative Defense, the Defendant asserts that the Complaint fails to state a claim upon which relief may be granted.

2.     By and for its Second Affirmative Defense, the Defendant asserts that the actions of the Defendant constitute lawful competition.

3.     By and for its Third Affirmative Defense, the Defendant asserts that the Plaintiff's claim is barred by the doctrine of estoppel.

4.     By and for its Fourth Affirmative Defense, the Defendant asserts that the Plaintiff's alleged trade dress is functional.

5.     By and for its Fifth Affirmative Defense, the Defendant denies that there has been any infringement of the alleged trade dress of the Plaintiff.  In the unlikely event that the Plaintiff can prove its trade dress infringement allegations, such infringement was not as a result of any intentional conduct on the part of the Defendant.

6.     By and for its Sixth Affirmative Defense, the Defendant asserts that the Plaintiff's alleged trade dress is not distinctive and it lacks secondary meaning.

7.     By and for its Seventh Affirmative Defense, the Defendant asserts that the Defendant's alleged use of the Plaintiff's trade dress is not likely to confuse consumers about the origin of the products at issue.

8.     By and for its Eighth Affirmative Defense, the Defendant asserts that the Plaintiff's trade dress is generic.

9.     By and for its Ninth Affirmative Defense, the Defendant asserts that it did not copy the Plaintiff's trade dress.

10.     By and for its Tenth Affirmative Defense, the Defendant asserts that the Plaintiff has not suffered any damages from the alleged conduct of the Defendant.

11.     By and for its Eleventh Affirmative Defense, the Defendant asserts that the Plaintiff will be unjustly enriched if the Plaintiff is allowed to recover any part of the damages the Plaintiff has allegedly suffered or any other remedy the Plaintiff seeks from the alleged conduct of the Defendant.

12.     By and for its Twelfth Affirmative Defense, the Defendant asserts that the Plaintiff has failed to mitigate any damages that the Plaintiff has allegedly suffered from the conduct of the Defendant.

13.     By and for its Thirteenth Affirmative Defense, the Defendant asserts that the Plaintiff has waived any rights or claims it may have had against the Defendant for the Defendant's alleged conduct.

14.     By and for its Fourteenth Affirmative Defense, the Defendant asserts that the Plaintiff is barred from any relief for the alleged conduct of the Defendant by the equitable doctrine of unclean hands.

COLE, SCOTT & KISSANE, P.A.


  /s/Steve Worley_____
Steven L. Worley, Esq.
Florida Bar No.: 0159719
Brian Aull, Esq.
Florida Bar No.:  0616834
4686 Sunbeam Road
Jacksonville, Florida  32257
Tel. (904) 672-4000
Fax. (904) 672-4050
Attorneys for Defendant, Coco Mango, LLC

## CERTIFICATE OF SERVICE

We hereby certify that the foregoing was filed with the Court this 14th day of March, 2012, using the Court's CM/ECF system, which will automatically send notice and a true and correct copy of same to **Michael Fox Orr, Esq., Giovanni Stewart, Esq., and Jeremy M. Paul, Esq. ,** DAWSON/ORR, The Blackstone Building, 233 East Bay Street, Suite 1010, Jacksonville, FL  32202.


     /s/Steve Worley
    Attorney

10