**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

YOGA BERRY CORPORATION,

        Plaintiff,

vs.                                             Case No. 3:12-cv-165-J-32JBT

COCO MANGO, LLC,

        Defendant.

## **ORDER**

The Court has been advised that this case has been settled (Doc. 9). Accordingly, it is now

**ORDERED:**

1. The parties shall have until **July 30, 2012** to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for extension of time by the **July 30, 2012** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3. All pending deadlines are terminated and the February 21, 2013 final

pretrial conference and March 4, 2013 trial calendar settings are vacated.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of June, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies to:
Counsel of Record