UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  3:12-cv-00165-J-32JBT

YOGA BERRY CORPORATION d/b/a
YOBE, a Florida corporation,

      Plaintiff,

v.

COCO MANGO, LLC, a Florida
limited liability company,

      Defendant.

_____/

## STIPULATION TO DISMISS ACTION

IT IS HEREBY stipulated and agreed by and between all parties to the above entitled action, through their respective attorneys, that said action be dismissed with prejudice with each party to bear its own fees and costs, said action having been fully settled, compromised and adjourned.

| **DAWSON | ORR** | **COLE, SCOTT & KISSANE, P.A.** |
|---|---|
| **PROFESSIONAL ASSOCIATION** | |
| s/ Michael Fox Orr | s/ Steven L. Worley |
| **Michael Fox Orr, Esquire** | **Steven L. Worley, Esquire** |
| Florida Bar No.: 14594 | Florida Bar No.: 0159719 |
| mfo@dawsonorr.com | **Brian Aull, Esquire** |
| **Giovanni Stewart, Esquire** | Florida Bar No.: 0616834 |
| Florida Bar No.: 654531 | 4686 Sunbeam Road |
| gws@dawsonorr.com | Jacksonville, Florida 32257 |
| **Jeremy M. Paul, Esquire** | Telephone:  (904) 672-4000 |
| Florida Bar No.: 93279 | Facsimile:  (904) 672-4050 |
| jmp@dawsonorr.com | Counsel for Defendant |
| 233 East Bay Street, Ste. 1010 | |
| Jacksonville, Florida 32202 | |
| Telephone: (904) 358-8300 | |
| Counsel for Plaintiff | |

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** on the 7th day of August, 2012, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which will send a

notice of electronic filing to the following CM/ECF Participant, Steven L. Worley,

Esquire, 4686 Sunbeam Road, Jacksonville, Florida 32257, *attorney for Coco Mango, LLC.*

<u>**DAWSON | ORR**</u>
**PROFESSIONAL ASSOCIATION**

<u>s/ Michael Fox Orr</u>
**Michael Fox Orr, Esquire**
Florida Bar No.: 14594
mfo@dawsonorr.com
**Giovanni Stewart, Esquire**
Florida Bar No.: 654531
gws@dawsonorr.com
**Jeremy M. Paul, Esquire**
Florida Bar No.: 93279
jmp@dawsonorr.com
233 East Bay Street
Suite 1010
Jacksonville, Florida 32202
Telephone: (904) 358-8300
Facsimile: (904) 358-8303
Counsel for Plaintiff