FILED

2012 AUG 21 PM 4:19

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

YOGA BERRY CORPORATION,

    Plaintiff,

vs.    Case No. 3:12-cv-165-J-32JBT

COCO MANGO, LLC,

    Defendant.

_____

## ORDER

Upon review of the parties' joint Stipulation to Dismiss Action (Doc. 11), this case is dismissed with prejudice, each party to bear its own fees and costs.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of August, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies to:
Counsel of Record